**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
GMAC Bank v. Home Mortgage, Inc., Lawrence Luckett and John Does 1-10, inclusive

Case Number:
```
FILED: MARCH 28, 2008
08CV1792 RCC
JUDGE GRADY
MAGISTRATE JUDGE COX
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC Bank

| | |
|---|---|
| NAME (Type or print) Scott C. Walton | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Scott C. Walton | |
| FIRM Winston & Strawn LLP | |
| STREET ADDRESS 35 W. Wacker Dr., Suite 4200 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281534 | TELEPHONE NUMBER 312-558-5600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |