UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC BANK,<br>      Plaintiff, | )<br>)<br>) |
| v. | )    08 Cv 1792<br>) |
| HOME MORTGAGE, INC., LAWRENCE<br>LUCKETT and JOHN DOES 1-10, inclusive,<br>      Defendants. | )    Judge Grady<br>)    Magistrate Judge Cox<br>)<br>) |

**PLAINTIFF'S MOTION FOR THE EARLY INITIATION OF DISCOVERY**

Plaintiff GMAC Bank, by and through its attorneys, hereby moves this Court for leave to serve discovery prior to the occurrence of the Rule 26(f) conference, pursuant to Fed. R. Civ. P. 26(d)(1). Plaintiff seeks leave to ascertain the nature, extent and location of GMAC's assets stolen by Defendants Home Mortgage, Inc. ("HMI") and Lawrence Luckett ("Luckett") pursuant to a fraudulent scheme. As set forth in the attached Memorandum in Support, said expedited discovery would be limited to document requests and/or third party subpoenas seeking production of bank records and financial records sufficient to identify the use and location of funds advanced by GMAC to Defendants Luckett and HMI pursuant to the fraudulent scheme. Pursuant to the fraudulent scheme, Luckett and HMI directed the transfer of GMAC's assets to Companion Title Company, to Luckett and/or HMI, to International Paper Exchange, Inc., and possibly, to other third-parties. Accordingly, Plaintiff respectfully requests that this Court grant Plaintiff leave to issue subpoenas and document requests to allow it to identify and trace assets while the trail is still "warm."

Respectfully submitted,

GMAC BANK


By:  /s/ Timothy J. McCaffrey

Timothy J. Rivelli
Timothy J. McCaffrey
Scott C. Walton
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Phone: (312) 558-5600
Fax:  (312) 558-5700
trivelli@winston.com
tmccaffr@winston.com
swalton@winston.com

2