IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC BANK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  08-CV-1792 |
| | ) | |
| v. | ) | |
| | ) | Judge Grady |
| HOME MORTGAGE INC., | ) | Magistrate Judge Cox |
| and LAWRENCE LUCKETT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on April 2, 2008, at 10:30 a.m., or as soon thereafter as the court schedules a hearing, Plaintiff GMAC Bank ("GMAC") shall appear, by and through its attorneys, before the Honorable Judge Grady in Courtroom 2201 located in the United States District Court, Northern District of Illinois at 219 South Dearborn, Chicago, Illinois 60604, to present GMAC's Motion for the Early Initiation of Discovery pursuant to Fed. R. Civ. P. 26(d)(1).

                      GMAC BANK

                      By:  _/s/ Timothy J. McCaffrey___

                      Timothy J. Rivelli
                      Timothy J. McCaffrey
                      Scott C. Walton
                      WINSTON & STRAWN LLP
                      35 W. Wacker Dr.
                      Chicago, Illinois 60601
                      Phone: (312) 558-5600
                      Fax:  (312) 558-5700
                      trivelli@winston.com
                      tmccaffr@winston.com
                      swalton@winston.com

**CERTIFICATE OF SERVICE**

      Scott C. Walton, an attorney, certifies that he caused a copy of the foregoing document to be served by facsimile and regular mail, this 31st day of March, to:

    Alan H. Garfield
    Garfield & Merel, Ltd.
    223 West Jackson Boulevard, Suite 1010
    Chicago, Illinois  60606-6908
    Telephone: (312) 583-1600
    Fax: (312) 583-1700

    Michael Nash
    20 S. Clark St., Ste 2000
    Chicago, Illinois 60603
    Telephone: (312) 236-8788
    Fax: (312) 922-2055

                                                           /s/ Scott Walton