IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| GMAC BANK,<br>           Plaintiff,<br><br>    v.<br><br>HOME MORTGAGE, INC., LAWRENCE<br>LUCKETT and JOHN DOES 1-10, inclusive,<br>           Defendants. | No. 08CV1792 |

## AMENDED LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFF GMAC BANK

Plaintiff, GMAC Bank, ("GMAC") by and through its attorneys Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to the Rule 3.2 of the Local Rules of the United States District Court for the Northern Illinois District of Illinois.

GMAC Bank is a privately held Industrial Bank. The parent corporation, IB Finance Holding Company, LLC, is the only entity that owns more than 5% of its shares.

Respectfully submitted,

Dated:   April 7, 2008         **GMAC Bank**

By:   /s/ Timothy J. McCaffrey
         One of its attorneys

Timothy J. Rivelli
Timothy J. McCaffrey
Scott C. Walton
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Phone: (312) 558-5600
Fax:  (312) 558-5700

trivelli@winston.com
tmccaffr@winston.com
swalton@winston.com

**CHI:2068471.2**