UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC BANK,       ) | |
|     Plaintiff,       ) | |
|            ) | |
| v.       ) | 08 CV 1792 |
|            ) | |
| HOME MORTGAGE, INC., LAWRENCE       ) | Judge Grady |
| LUCKETT and JOHN DOES 1-10, inclusive,       ) | Magistrate Judge Cox |
|     Defendants.       ) | |

**PLAINTIFF'S AGREED MOTION FOR PRE-JUDGMENT
ATTACHMENT OF ASSETS**

Plaintiff GMAC Bank ("GMAC"), by and through its attorneys, hereby moves this Court for Pre-Judgment Attachment of Assets pursuant to Federal Rule of Civil Procedure 64 and 735 ILCS 5/4-101. As fully set forth in the attached Memorandum of Law in Support of its Motion for Pre-Judgment Attachment of Assets and its Affidavit of Kelly Jasper, dated April 14, 2008, Plaintiff GMAC is entitled to pre-judgment relief available to it under controlling law because Defendants fraudulently contracted for the debt at issue. *See* 735 ILCS 5/4-101(9) (providing that cause exists for attachment where the "debt sued for was fraudulently contracted on the part of the debtor"). As alleged in the Complaint and shown in the attached Affidavit, and in the Memorandum in Support of this Motion, the fraudulent statements on the part of Defendants have been reduced to writing. Plaintiff has conferred with Defendant Lawrence Luckett, who does not object to and agrees to entry of the Proposed Order on Pre-Judgement Attachment of Assets.

WHEREFORE, Plaintiff respectfully requests that this Court grant an Order of Attachment for Defendant Lawrence Luckett's property at: (1) 59 Woodview Lane, Lemont,

Illinois, PIN: 22-24-204-004-000; and (2) 1253 W. Station St., Kankakee, Illinois, PIN: 16-09-31-409-014; such as the Proposed Order attached hereto as Exhibit A.

Dated: April 14, 2008

Respectfully submitted,

GMAC BANK

By: /s/ Timothy J. Rivelli

Timothy J. Rivelli
Timothy J. McCaffrey
Scott C. Walton
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Phone: (312) 558-5600
Fax: (312) 558-5700
trivelli@winston.com
tmccaffr@winston.com
swalton@winston.com

## CERTIFICATE OF SERVICE

    Scott C. Walton, an attorney, certifies that he caused a copy of the foregoing document to be served by facsimile and regular mail, this 14th day of April, to:

> Alan H. Garfield
> Garfield & Merel, Ltd.
> 223 West Jackson Boulevard, Suite 1010
> Chicago, Illinois  60606-6908
> Telephone: (312) 583-1600
> Fax: (312) 583-1700
>
> Michael Nash
> 20 S. Clark St., Ste 2000
> Chicago, Illinois 60603
> Telephone: (312) 236-8788
> Fax: (312) 922-2055

                                                                                  /s/ Scott Walton