UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC BANK,<br>        Plaintiff,<br><br>v.<br><br>HOME MORTGAGE, INC., LAWRENCE<br>LUCKETT and JOHN DOES 1-10, inclusive,<br>        Defendants. | 08 CV 1792<br><br>Judge Grady<br>Magistrate Judge Cox |

## NOTICE OF MOTION

   PLEASE TAKE NOTICE that on April 16, 2008, at 10:30 a.m., or as soon thereafter as the court schedules a hearing, Plaintiff GMAC Bank ("GMAC") shall appear, by and through its attorneys, before the Honorable Judge Grady in Courtroom 2201 located in the United States District Court, Northern District of Illinois at 219 South Dearborn, Chicago, Illinois 60604, to present GMAC's Agreed Motion for Pre-Judgment Attachment of Assets pursuant to Fed. R. Civ. P. 64 and 735 ILCS 5/4-101.

Dated: April 14, 2008

                                                    GMAC BANK


                                                    By:  /s/ Timothy J. McCaffrey

                                                    Timothy J. Rivelli
                                                    Timothy J. McCaffrey
                                                    Scott C. Walton
                                                    WINSTON & STRAWN LLP
                                                    35 W. Wacker Dr.
                                                    Chicago, Illinois 60601
                                                    Phone: (312) 558-5600
                                                    Fax:  (312) 558-5700
                                                    trivelli@winston.com
                                                    tmccaffr@winston.com
                                                    swalton@winston.com

**CERTIFICATE OF SERVICE**

      Scott C. Walton, an attorney, certifies that he caused a copy of the foregoing document to be served by facsimile and regular mail, this 14th day of April, to:

      Alan H. Garfield
      Garfield & Merel, Ltd.
      223 West Jackson Boulevard, Suite 1010
      Chicago, Illinois  60606-6908
      Telephone: (312) 583-1600
      Fax: (312) 583-1700

      Michael Nash
      20 S. Clark St., Ste 2000
      Chicago, Illinois 60603
      Telephone: (312) 236-8788
      Fax: (312) 922-2055

                                                                              /s/ Scott Walton