Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1792 | **DATE** | 4/16/2008 |
| **CASE TITLE** | GMAC Bank vs. Home Mtge, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Hearing on GMAC's agreed motion for prejudgment held. GMAC's agreed motion for prejudgment attachment of assets is granted. Enter order on plaintiff's agreed motion for prejudgment attachment of assets. Defendants given until 05/30/08 to answer or otherwise plead to the complaint. Status hearing set for 07/09/08 at 10:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|