UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC BANK,<br>      Plaintiff,<br><br>v.<br><br>HOME MORTGAGE, INC., LAWRENCE<br>LUCKETT and JOHN DOES 1-10, inclusive,<br>      Defendants. | 08 CV 1792<br><br>Judge Grady<br>Magistrate Judge Cox |

### ~~PROPOSED~~ ORDER ON PLAINTIFF'S AGREED MOTION FOR PRE-JUDGMENT ATTACHMENT OF ASSETS

Plaintiff GMAC Bank has moved the Court for an Order of Pre-Judgment Attachment of Assets pursuant to Rule 64 of the Federal Rules of Civil Procedure and Illinois statute, 735 ILCS 5/4-101. Plaintiff has shown that it has a money claim exceeding $20 and which the debt sued for was fraudulently contracted on the part of the debtor. Plaintiff has further shown that the statements of the Defendant, Lawrence Luckett, were reduced to writing.

Therefore, for these reasons, as supported by Plaintiff's Agreed Motion for Pre-Judgment Attachment of Assets and its Memorandum and Affidavit in support of the same, and the exhibits thereto, it is hereby ORDERED that:

1. Plaintiff's Agreed Motion for Pre-Judgment Attachment of Assets is GRANTED.

2. The amount to be secured by this Order is the combined value of the Attached Properties, currently estimated at $1,235,000, or in lesser amount to be established at a later date by proof.

3. The United States Marshal for the Northern District of Illinois, or any person appointed to act in his place and stead, shall attach the property and/or interest in property ("Attached Properties") of Defendant Lawrence Luckett located at:

   a. 59 Woodview Lane, Lemont, Illinois, PIN: 22-24-204-004-000; and

   b. 1253 W. Station St., Kankakee, Illinois, PIN: 16-09-31-409-014.

4. The Attached Properties shall be so attached in the possession of the U.S. Marshal to secure, or so to provide, that the same may be liable to further proceedings thereupon, according to law.

5. The U.S. Marshal or any person appointed to act in his place and stead, shall file a certificate evidencing the levy on the Attached Properties with the recorder of the county where such land is situated; and from and after the filing of the same, such levy shall take effect, as to creditors and *bona fide* purchasers, without notice, and not before.

6. Plaintiff GMAC Bank shall post a bond in the amount of $2,470,000 as security.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2008