# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1792 | **DATE** | 7/9/2008 |
| **CASE TITLE** | GMAC Bank vs. Home Mtge., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 07/23/08 at 10:30 a.m. to allow the defendant Lawrence Luckett to show cause why an order of default should not be entered against him.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|