# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1792 | **DATE** | 7/23/2008 |
| **CASE TITLE** | GMAC Bank vs. Home Mtge, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 09/17/08 at 10:30 a.m. as to defendant Home Mtge. Bank. Plaintiff's attorney has informed the court that, Lawrence Luckett's attorney, Michael Nash, informed him, that Mr. Luckett does not object to a default judgment being entered against him. Order of default entered as to Lawrence Luckett. Plaintiff to draft and submit a default judgment order as to Lawrence Luckett. Judgment as to Lawrence Luckett will be entered if supported by affidavit filed 4/14/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|