# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1792 | **DATE** | 7/31/2008 |
| **CASE TITLE** | GMAC Bank vs. Home Mtge, et al. | | |

**DOCKET ENTRY TEXT**

Enter order of default judgment as to defendant Lawrence Luckett. Judgment is hereby entered in favor of the plaintiff GMAC Bank and against defendant Lawrence Luckett in the amount of $15,088,692.41.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

FILED
2008 JUL 31 PM 5:06
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|