UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC BANK,<br>      Plaintiff,<br><br>v.<br><br>HOME MORTGAGE, INC., LAWRENCE<br>LUCKETT and JOHN DOES 1-10, inclusive,<br>      Defendants. | 08 CV 1792<br><br>Judge Grady<br>Magistrate Judge Cox |

## ORDER OF DEFAULT JUDGMENT

This action, having been commenced on March 27, 2008, by the filing of the Summons and Complaint, and Defendant Lawrence Luckett not having answered the Complaint, and the time for answering the Complaint having expired, and counsel for Defendant Lawrence Luckett having advised the Court that Defendant Lawrence Luckett does not intend to answer the Complaint or contest entry of a Default Judgment against him, and Plaintiff having established by affidavit of Kelly Jasper dated April 14, 2008, that Plaintiff is entitled to damages from Defendant Lawrence Luckett in the amount of $15,088,692.41, it is:

ORDERED, ADJUDGED AND DECREED: That the Plaintiff GMAC Bank have judgment against Defendant Lawrence Luckett in the amount of $15,088,692.41.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2008